# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHIRLEY J. BAILEY,

        Plaintiff,

v.

WELLS FARGO BANK, N.A.,

        Defendant.

2:11-CV-725 JCM (GWF)

## ORDER

Presently before the court is defendant Wells Fargo Bank's motion to dismiss. (Doc. #10). To date, no response has been filed.

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion and is proper grounds for dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

In light of the plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the court finds dismissal appropriate.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to

3  dismiss (doc. #10) be, and the same hereby is, GRANTED.

4  DATED August 8, 2011.

5

6  _____
   **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**